**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|   |   |
|---|---|
| BRUCE SHELTON,           )<br>                                              )<br>            Plaintiff,           )<br>   vs.                                    )<br>                                              )<br>STATE OF NEVADA, *et al.*,   )<br>                                              )<br>            Defendants.     )<br>                                              ) | Case No.: 2:16-cv-01056-GMN-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY** |

Before the Court for consideration is the Report and Recommendation, (ECF No. 4), of the Honorable Geroge Foley, United States Magistrate Judge, entered January 25, 2017.

Pursuant to Local Rule IB 3-2(a), objections were due by February 24, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendations that Plaintiff's Complaint, (ECF No. 1-1), be dismissed without prejudice as to Defendants Cliff Bennett and Zales Jewelry and with prejudice as to the State of Nevada. Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED and ADOPTED in full.** The Complaint, (ECF No. 1-1), is **DISMISSED without prejudice** as to Defendants Cliff Bennett and Zales Jewelry and **with prejudice** as to the State of Nevada.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this ___30___ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge