# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE SHELTON,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

Case No.: 2:16-cv-01056-GMN-EJY

**ORDER**

Pending before the Court is now-retired United States Magistrate Judge George W. Foley, Jr.'s Report and Recommendation, (ECF No. 15), which recommends that Plaintiff's Amended Complaint, (ECF No. 11), be dismissed with prejudice for failure to state a claim upon which relief can be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation, (ECF No. 15), is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff Bruce Shelton's Amended Complaint, (ECF No. 11), is **DISMISSED with prejudice**.

The Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this   23   day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court